# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Pieras Jr., Jaime | 2. Court or Organization  U.S. District Court of P.R. | 3. Date of Report  5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Senior District Judge | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period  1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address  US Courthouse & Post Office Bd  300 Recinto Sur St., Suite 353  San Juan, PR 00901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 16 P 1:06 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pieras Jr., Jaime | 5/15/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. GNMA Pool # ▓▓▓ | B | Interest | J | T | | | | | |
| 2. GNMA Pool # ▓▓▓ | B | Interest | J | T | | | | | |
| 3. GNMA Pool # ▓▓▓ | A | Interest | J | T | | | | | |
| 4. GNMA Pool # ▓▓▓ | A | Interest | J | T | | | | | |
| 5. GNMA Pool # ▓▓▓ | A | Interest | J | T | | | | | |
| 6. GNMA Pool Lehman Bros. | C | Interest | K | T | | | | | |
| 7. GNMA Pool # ▓▓▓ | D | Interest | M | T | | | | | |
| 8. Shering Plough Corp. | A | Dividend | J | T | | | | | |
| 9. Chase Manhattan Bank | A | Dividend | K | T | | | | | |
| 10. Santos Ltd. | A | Dividend | J | W | sell | 06/20 | J | A | Smith Barney |
| 11. Enron Corp. | A | Dividend | J | T | | | | | |
| 12. Intel Corp. | A | Dividend | J | T | | | | | |
| 13. Worldcom Inc. | A | Dividend | J | T | sell | 06/20 | J | A | Smith Barney |
| 14. Aim Equity Funds | A | Dividend | J | T | sell | 06/15 | J | A | Smith Barney |
| 15. American Online | A | Dividend | J | T | sell | 09/15 | J | A | Smith Barney |
| 16. Ames Department Stores | A | Dividend | J | T | sell | 09/15 | J | A | Smith Barney |
| 17. Apple Computer | A | Dividend | K | T | | | | | |
| 18. Clear Channel Communications | A | Dividend | J | T | | | | | |



1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Atmi, Inc. | A | Dividend | J | T | | | | | |
| 20. Compuware Corp. | A | Dividend | J | T | | | | | |
| 21. Dell Computer | A | Dividend | J | T | | | | | |
| 22. GAP | A | Dividend | J | T | | | | | |
| 23. Genzyme Corp. | A | Dividend | J | T | | | | | |
| 24. Interpublic Group Companies | A | Dividend | J | T | | | | | |
| 25. Intimate Brands | A | Dividend | J | T | sell | 09/15 | J | A | Smith Barney |
| 26. Motorola | A | Dividend | J | T | | | | | |
| 27. Wachovia Security money market fund | B | Interest | J | T | | | | | Change name from Prudential |
| 28. Target | C | Dividend | J | T | sell | 09/15 | J | A | Smith Barney |
| 29. GNMA Pool # 529955 | E | Interest | O | T | | | | | |
| 30. Eaton Vance Tax Exempt Mutual Fund | B | Dividend | K | T | | | | | |
| 31. Hewlett Packard | A | Dividend | K | T | | | | | |
| 32. Citibank Bank Deposit Program | C | Interest | J | T | buy | | | | funds used to buy new |
| 33. Puerto Rico Municipal Bond | D | Interest | M | T | | | | | |
| 34. US Strip Treasuty Note | A | Interest | K | T | | | | | |
| 35. Structured Mortgage Product | E | Interest | M | T | | | | | Decrease in market value |
| 36. Bristol Myers | A | Dividend | K | T | sell | 09/15 | K | A | Smith Barney |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Washington Mutual | A | Dividend | K | T | sell | 09/15 | K | A | Smith Barney |
| 38. Popular Cap Preferred Stocks | D | Interest | M | T | sell | 06/15 | M | A | Smith Barney |
| 39. Popular Trust I | C | Interest | L | T | | | | | increse in market value |
| 40. Amgen | A | Dividend | K | T | buy | 06/09 | K | | Smith Barney |
| 41. Applied Material Inc. | A | Dividend | K | T | buy | 12/23 | K | | Smith Barney |
| 42. Friedman Billings Ramsey Group | C | Dividend | L | T | buy | 12/23 | L | | Smith Barney |
| 43. Sandisk corp. | A | Dividend | K | T | buy | 07/16 | K | | Smith Barney |
| 44. Federal Home Loan Bank | A | Interest | L | T | buy | 01/23 | L | | Smith Barney |
| 45. Smith Barney money funds Government portfolio | B | Interest | L | T | buy | 09/23 | L | | Smith Barney |
| 46. Weatherford Intl. | A | Dividend | K | T | buy | 10/12 | K | | Smith Barney |
| 47. Advent Software | A | Dividend | J | T | buy | 09/23 | J | | Smith Barney |
| 48. Biogen Idec, Inc. | A | Dividend | K | T | buy | 10/21 | K | | Smith Barney |
| 49. Cablevision Systems corp. | A | Dividend | K | T | buy | 10/12 | K | | Smith Barney |
| 50. Charming Shoppes, Inc. | A | Dividend | J | T | buy | 09/23 | J | | smith Barney |
| 51. Chiron Corp. | A | Dividend | K | T | buy | 10/12 | K | | Smith Barney |
| 52. Comcast | A | Dividend | K | T | buy | 10/21 | K | | Smith Barney |
| 53. Cree, Inc. | A | Dividend | J | T | buy | 09/28 | J | | Smith Barney |
| 54. Forest laboratories, Inc. | A | Dividend | K | T | buy | 10/12 | K | | Smith Barney |

| 1. Income/Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Genzyme Corp. | A | Dividend | K | T | buy | 10/12 | K | | Smith Barney |
| 56. Grant Prideco, Inc. | A | Dividend | J | T | buy | 10/12 | J | | Smith Barney |
| 57. L3 communications Holdings, Inc | A | Dividend | K | T | buy | 10/12 | K | | Smith Barney |
| 58. Lehman Brothers Holdings, Inc. | A | Dividend | K | T | buy | 10/12 | K | | Smith Barney |
| 59. Liberty Media, Inc. | A | Dividend | J | T | buy | 10/12 | J | | Smith Barney |
| 60. Liberty Media International, Inc | A | Dividend | J | T | buy | 09/23 | J | | Smith Barney |
| 61. Maxtor Corp. | A | Dividend | J | T | buy | 10/12 | J | | smith Barney |
| 62. Micron Technology, Inc. | A | Dividend | K | T | buy | 10/12 | K | | Smith Barney |
| 63. Millenium Pharmaceuticals, Inc. | A | Dividend | J | T | buy | 09/23 | J | | Smith Barney |
| 64. Pall Corp. | A | Dividend | K | T | buy | 10/12 | K | | Smith Barney |
| 65. Sandisk Corp | A | Dividend | J | T | buy | 11/02 | J | | Smith Barney |
| 66. Tyco International | A | Dividend | K | T | Buy | 10/12 | K | | Smith Barney |
| 67. Unitedhealth Group, Inc | A | Dividend | K | T | buy | 10/12 | K | | Smith Barney |
| 68. Mutual fund Aim blue Chip | A | Interest | K | T | buy | 10/12 | K | | Wachovia Securities |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D3)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pieras Jr., Jaime | 5/15/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

NONE

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date 5/9/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF PUERTO RICO

JAIME PIERAS, JR.
JUDGE

August 8, 2005

U.S. COURTHOUSE AND POST OFFICE BUILDING
3RD FLOOR, SUITE #353
300 RECINTO SUR STREET
SAN JUAN, PUERTO RICO 00901
(787) 977-6050

Hon. Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

RE: Calendar Year 2004 Filing

Dear Judge Lisi:

This letter is in response to your inquiry with regards to my 2004 Financial Disclosure Report.

1. Regarding the first issue, Part VII, page 1, lines 10 and 13-16, page 2, lines 25 and 28, and page 3, lines 37 and 38, I have taken notice to avoid this identification in the next year report.

2. Regarding the second issue, Part VII, page 2, line 32, Column D(1), which listed the acquisition of "Citibank Bank Deposit Program", and Columns D(2) and D(3) were left blank, Part VII, page 2, line 32, is amended to read as follows: Column D(2) is September 15; Column D(3) is J.

Thank you.

1mm

